| | |
|---|---|
| 1 | THOMAS P. O'BRIEN<br>United States Attorney |
| 2 | LEON W. WEIDMAN<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>KATHERINE M. HIKIDA |
| 4 | Assistant United States Attorney<br>California Bar No. 153268 |
| 5 | katherine.hikida@usdoj.gov |

JS-6

300 North Los Angeles Street
Room 7516, Federal Building
Los Angeles, California 90012
Telephone: (213) 894-2285
Fax No.: (213) 894-7819

Attorneys for Federal Defendant
MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ROBERT BLAIR,

    Plaintiff,

    v.

MICHAEL CHERTOFF,
Secretary of the Department of
Homeland Security,

    Defendant.

No. CV 07-05418-SJO (PJWx)

ORDER DISMISSING PLAINTIFF'S COMPLAINT AND ACTION

## **ORDER DISMISSING PLAINTIFF'S COMPLAINT AND ACTION**

Pursuant to the settlement stipulation and agreement between plaintiff Robert Blair and defendant Michael Chertoff, Secretary of the Department of Homeland Security, IT IS HEREBY ORDERED:

Plaintiff's Complaint and action herein are dismissed with prejudice in their entirety.

DATED: June 17, 2008.

/S/ S. James Otero
**UNITED STATES DISTRICT JUDGE**